LAURIE D. RAU (CSBN 183035)
ANTHONY G. CHAVOS (CSBN 131937)
**CHAVOS & RAU, APLC**
3 MacArthur Place, Suite 150
Santa Ana, CA 92707
(714) 435-9505
(714) 435-9506 Fax
Email: lrau@chavosandrau.com
Email: achavos@chavosandrau.com

Attorneys for Plaintiff JANET TIDGEWELL

# UNITED STATES DISTIRCT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET TIDGEWELL,<br><br>        Plaintiff,<br><br>vs.<br><br>BECTON DICKINSON, a Delaware Corporation, PETER FERRIGNO, an Individual; EILEEN SULLIVAN, an Individual and DOES 1 – 100, Inclusive.<br><br>        Defendants. | Case No.: CV-07-00762-CJC-(JTLx)<br><br>COMPLAINT DATE: 5/16/07<br><br>[~~PROPOSED~~] ORDER RE: STIPULATION BETWEEN PLAINTIFF JANET TIDGEWELL and BECTON DICKINSON & COMPANY RE: DISMISSING WITH PREJUDICE THE ACTION IN ITS ENTIRETY |

Plaintiff, JANET TIDGEWELL (hereinafter referred to as "TIDGEWELL") and Defendant, BECTON DICKINSON & COMPANY (hereinafter referred to as "BD") having resolved their pending dispute and good cause showing therefore to the satisfaction of the Court, IT IS HEREBY ORDERED that TIDGEWELL'S complaint against BD be dismissed, with prejudice in its entirety.

Dated: March 24, 2009

_____
United States District Court Judge Cormac J. Carney